AO 109 (2/90) Seizure Warrant

# United States District Court

**SOUTHERN** DISTRICT OF **CALIFORNIA**

FILED
08 APR -3 PM 2:09
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

In the Matter of the Seizure of
(Address or brief description of the property or premises to be seized)

All monies, including certificates of deposit (CD), on deposit under account number 09930-13721, located at the Bank of America, 330 South Santa Fe Avenue, Vista, CA, held in the name of David Anthony LOVELL.

**SEIZURE WARRANT**

CASE NUMBER: '08 MJ 0680

TO:    **Department of Homeland Security, ICE**    and any Authorized Officer of the United States

Affidavit(s) having been made before me by **Sonny Kilmer** (Affiant) who has reason to believe that in the **Southern** District of **California** there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

Monetary instruments which are proceeds of, and have been used in, the commission of violation of Title 18, United States Code, Section(s) 1591 and 1594, and is subject to seizure pursuant to Title 18, United States Code, Section(s) 1591 and 1594.

All monies, including certificates of deposit (CD), on deposit under account number 09930-13721, located at the Bank of America, 330 South Santa Fe Avenue, Vista, CA, held in the name of David Anthony LOVELL.

I am satisfied that the affidavit(s) and any recorded testimony established probable cause to believe that the property so described is subject to seizure and that the grounds exist for the issuance of this seizure warrant.

**YOU ARE HEREBY COMMANDED** to seize within **30** days the property specified, serving this warrant and making the seizure (in the daytime-6:00 A.M. to 10:00 P.M.) (at any time in the day or night, as I find reasonable cause has been established), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the United States Magistrate Judge.

U.S. Judge or Magistrate at

3/5/08 @ 1:25 pm            at    San Diego, California
Date and Time Issued                    City and State

**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer        Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| --- | --- | --- |
| 3/5/08 | 3/20/08 @ 10:45 | Gladis Robles, BofA |

INVENTORY MADE IN THE PRESENCE OF

SA Tom Miller

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Cashiers Checks (3)

1. $1000.00 # 419329150
2. $3045.77 # 419329151
3. $5134.71 # 419329024

Nothing Follows

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

[signature]

Subscribed, sworn to, and returned before me this date.

[signature] 4/2/08

U.S. Judge or Magistrate Date

CATHY ANN BENCIVENGO